# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD ANDREW SCOTT, JR., | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-0500 |
| v. | : | (JUDGE MANNION) |
| JAMEY LUTHER, *et al.*, | : | |
| Respondents | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 14)**, is **ADOPTED**;

**(2)** the petitioner's petition for writ of habeas corpus under 28 U.S.C. §2254, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 14, 2019**
19-0500-01-ORDER.wpd